IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARON VIRAMONTES,

              Plaintiff,                CIV S-09-248 KJM

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

              Defendant.             <u>ORDER</u>
_____/

        Plaintiff's prior application to proceed in forma pauperis was denied and plaintiff was directed to pay the filing fee. In response, plaintiff has not paid the fee but instead filed another application to proceed in forma pauperis. The new application does not demonstrate any difference from the prior application, which was denied, other than plaintiff's failure to list her home as an asset.

        Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date of this order, plaintiff shall submit the appropriate filing fee. Failure to pay the fee shall result in a recommendation that the action be dismissed.

DATED: April 6, 2009.

<u>                           </u>
U.S. MAGISTRATE JUDGE

006
viramontes2.den

1