IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARON VIRAMONTES,

        Plaintiff,                  No. CIV S-09-248 KJM PS

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,      <u>ORDER TO SHOW CAUSE</u>

        Defendant.

_____/

        By order filed April 27, 2009, plaintiff was ordered to submit within fifteen days to the United States Marshal a completed summons and copies of the complaint and to file a statement with the court that said documents had been submitted to the United States Marshal. That time has now expired, and plaintiff has failed to file the requisite statement and there is no evidence in the file that defendant has properly been served with summons.

        Accordingly, IT IS HEREBY ORDERED that within fifteen days from the date of this order plaintiff shall show cause why this action should not be dismissed for lack of prosecution.

DATED: May 25, 2009.

                                                         U.S. MAGISTRATE JUDGE

006
viramontes.osc