IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARON VIRAMONTES,

       Plaintiff,                CIV S-09-248 KJM

     vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.           <u>ORDER</u>

/

       Plaintiff was ordered to show cause why this action should not be dismissed for lack of prosecution. Plaintiff has now filed a statement indicating that the requisite documents have been submitted to the Marshal for service of process. Accordingly, IT IS HEREBY ORDERED that the order to show cause is discharged.

DATED: June 8, 2009.

_____
U.S. MAGISTRATE JUDGE

006
viramontes.vac

1